**RUSSELL L. LOW, ESQ. - 4745**
Low & Low, LLC
Attorneys at Law
505 Main Street
Hackensack, NJ 07601
(201) 343-4040
Attorneys for the Debtor

**Order Filed on March 23, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

|  |  |  |
|---|---|---|
| In Re: | : | UNITED STATES BANKRUPTCY COURT |
|  | : | DISTRICT OF NEW JERSEY |
|  |  | CHAPTER 13 |
| **PAUL A. HOLMES** | : | CASE NO. 16-18005 |
|  | : | Honorable Vincent F. Papalia |
|  | : | **Hearing Date:  March 16, 2017, 2:00pm** |
|  | : |  |
| Debtor(s) | : |  |

## ORDER GRANTING ALLOWANCES

The relief set forth on the following page is hereby **ORDERED**.

DATED: March 23, 2017

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

Page 2

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

**ORDERED** that **Low, & Low, LLC,** the applicant, is allowed a fee of $2,800.00 for services rendered and expenses in the amount of $0.00 for a total of $2,800.00.  The allowance is payable:

  __X__     through the Chapter 13 plan as an administrative priority.

  ____     outside the plan.

`    The debtor's monthly plan is modified to require a payment of $291.00  per month for 50 months starting March 1, 2017 to allow for payment of the above fee.