**RUSSELL L. LOW, ESQ. - 4745**
Low & Low, LLC
Attorneys at Law
505 Main Street
Hackensack, NJ 07601
(201) 343-4040
Attorneys for the Debtor

Order Filed on March 23, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

**PAUL A. HOLMES**

Debtor(s)

: UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
: CHAPTER 13

CASE NO. 16-18005

Honorable Vincent F. Papalia

**Hearing Date: March 16, 2017, 2:00pm**

## ORDER GRANTING ALLOWANCES

The relief set forth on the following page is hereby **ORDERED**.

DATED: March 23, 2017

_____
Honorable Vincent F. Papalia
United States Bankruptcy Judge

Page 2

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

**ORDERED** that **Low, & Low, LLC,** the applicant, is allowed a fee of $2,800.00 for services rendered and expenses in the amount of $0.00 for a total of $2,800.00. The allowance is payable:

   X   through the Chapter 13 plan as an administrative priority.

   ___   outside the plan.

` The debtor's monthly plan is modified to require a payment of $291.00 per month for 50 months starting March 1, 2017 to allow for payment of the above fee.

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 16-18005-VFP
Paul A. Holmes                                                          Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin              Page 1 of 1           Date Rcvd: Mar 23, 2017
                        Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 25, 2017.
db            +Paul A. Holmes,   187 North 9th Street,   Newark, NJ 07107-1743

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 25, 2017                               Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 23, 2017 at the address(es) listed below:
     Denise E. Carlon    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR MORGAN STANLEY ABS CAPITAL I INC. TRUST 2006-WMC2, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-WMC2 dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
     James Patrick Shay    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR MORGAN STANLEY ABS CAPITAL I INC. TRUST 2006-WMC2, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-WMC2 james.shay@phelanhallinan.com
     John Philip Schneider    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR MORGAN STANLEY ABS CAPITAL I INC. TRUST 2006-WMC2, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-WMC2 nj.bkecf@fedphe.com
     Marie-Ann Greenberg     magecf@magtrustee.com
     Michael Frederick Dingerdissen    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR MORGAN STANLEY ABS CAPITAL I INC. TRUST 2006-WMC2, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-WMC2 nj.bkecf@fedphe.com
     Russell L. Low    on behalf of Debtor Paul A. Holmes rbear611@aol.com,   lowlaw505@gmail.com
                                                                                      TOTAL: 6