| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>_____<br>Low and Low, L.L.C.<br>505 Main Street<br>Hackensack, New Jersey 07601<br>Telephone: (201) 343-4040<br>Russell L. Low, Esq. No. 4745<br>Attorney for the Debtor | Order Filed on June 22, 2017<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>Paul A. Holmes | Case No.:     16-18005<br>Chapter:          13<br>Judge:              VFP |

## ORDER RESPECTING REQUEST FOR EXTENSION
## OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED**.

**DATED: June 22, 2017**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on __October 31, 2016__ :

Property:       187 North 9th Street Newark, NJ 07107

Creditor:       America's Servicing Company

and a Request for

- ☒ Extension of the 90 day Loss Mitigation Period having been filed by _____Russell L. Low_____ , and for good cause shown

- ☐ Early Termination of the Loss Mitigation Period having been filed by _____ , and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including __September 17, 2017__ .

The Loss Mitigation Period is terminated, effective _____ .

*Revised 9/19/13*

2