

**Low & Low, LLC**
Russell L. Low, Esq.-4745
Attorney at Law
505 Main Street, Suite 304
Hackensack, New Jersey 07601
Office (201)-343-4040
Fax (201)-488-5788
Attorney for Debtor

Order Filed on June 21, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEW JERSEY

In Re:

**Paul A. Holmes**

: Case No. 16-18005

: Judge Vincent F. Papalia

: Chapter 13

## ORDER RESOLVING THE STANDING TRUSTEE'S OBJECTION TO DEBTOR'S MOTION TO REINSTATE CASE

The relief set forth on the following pages numbered two (2) is hereby ORDERED.

**DATED: June 21, 2017**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

Case 16-18005-VFP    Doc 79    Filed 06/21/17    Entered 06/23/17 11:41:31    Desc Main
                    Document      Page 2 of 2

Paul A. Holmes
Page 2
Case No. 16-18005-VFP

---

    This matter having been opened to the Court by Russell L. Low, Esq., attorney for the Debtor and by the submission of an Application in support of the within Notice of Motion to Reinstate Debtor's Chapter 13 Bankruptcy Petition, and the Court having considered the moving papers and the Court having determined that good cause exists for the entry of the within Order; and for good cause shown;

    **IT IS HEREBY ORDERED** that the case is immediately reinstated effective the date of this Order.

    **ORDERED**, that the Debtor must file a modified plan and pay $553.00 to the Chapter 13 Standing Trustee within (7) days of entry of this Order or the case will be dismissed upon the Trustee filing a certification with the Court with 7 days notice to debtor(s) and debtor(s)' attorney.