**Low & Low, LLC**
Russell L. Low, Esq.-4745
Attorney at Law
505 Main Street, Suite 304
Hackensack, New Jersey 07601
Office (201)-343-4040
Fax (201)-488-5788
Attorney for Debtor

Order Filed on June 21, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

___

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY**

In Re:

**Paul A. Holmes**

: Case No. 16-18005

: Judge Vincent F. Papalia

: Chapter 13

___

**ORDER RESOLVING THE STANDING TRUSTEE'S OBJECTION TO DEBTOR'S
MOTION TO REINSTATE CASE**

The relief set forth on the following pages numbered two (2) is hereby ORDERED.

**DATED: June 21, 2017**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

Paul A. Holmes
Page 2
Case No. 16-18005-VFP

_____

    This matter having been opened to the Court by Russell L. Low, Esq., attorney for the Debtor and by the submission of an Application in support of the within Notice of Motion to Reinstate Debtor's Chapter 13 Bankruptcy Petition, and the Court having considered the moving papers and the Court having determined that good cause exists for the entry of the within Order; and for good cause shown;

    **IT IS HEREBY ORDERED** that the case is immediately reinstated effective the date of this Order.

    **ORDERED**, that the Debtor must file a modified plan and pay $553.00 to the Chapter 13 Standing Trustee within (7) days of entry of this Order or the case will be dismissed upon the Trustee filing a certification with the Court with 7 days notice to debtor(s) and debtor(s)' attorney.

United States Bankruptcy Court
District of New Jersey

In re:  
Paul A. Holmes  
    Debtor

Case No. 16-18005-VFP  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Jun 23, 2017  
                  Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 25, 2017.  
db        +Paul A. Holmes,    187 North 9th Street,    Newark, NJ 07107-1743

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                         TOTAL: 0

***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 25, 2017                                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 23, 2017 at the address(es) listed below:  
        Andrew L. Spivack    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR MORGAN STANLEY ABS CAPITAL I INC. TRUST 2006-WMC2, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-WMC2 nj.bkecf@fedphe.com  
        Denise E. Carlon    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR MORGAN STANLEY ABS CAPITAL I INC. TRUST 2006-WMC2, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-WMC2 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
        James Patrick Shay    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR MORGAN STANLEY ABS CAPITAL I INC. TRUST 2006-WMC2, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-WMC2 james.shay@phelanhallinan.com  
        Marie-Ann Greenberg    magecf@magtrustee.com  
        Michael Frederick Dingerdissen    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR MORGAN STANLEY ABS CAPITAL I INC. TRUST 2006-WMC2, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-WMC2 nj.bkecf@fedphe.com  
        Russell L. Low    on behalf of Debtor Paul A. Holmes rbear611@aol.com, ecf@lowbankruptcy.com;r57808@notify.bestcase.com  
                                                                                                                                            TOTAL: 6