Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  16−18005−VFP
Chapter:  13
Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Paul A. Holmes
    187 North 9th Street
    Newark, NJ 07107

Social Security No.:
    xxx−xx−8532

Employer's Tax I.D. No.:

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 8/3/17 at 11:00 AM

to consider and act upon the following:

*82* − Certification of Default of Standing Trustee. re: Fail to Make Plan payments Report. Filed by Marie−Ann Greenberg. Objection deadline is 7/13/2017. (Attachments: # 1 Certification of Default Generic − Proposed Order) (Greenberg, Marie−Ann)

*86* − in Opposition to (related document:82 Certification of Default of Standing Trustee. re: Fail to Make Plan payments Report. Filed by Marie−Ann Greenberg. Objection deadline is 7/13/2017. (Attachments: # 1 Certification of Default Generic − Proposed Order) filed by Trustee Marie−Ann Greenberg) filed by Russell L. Low on behalf of Paul A. Holmes. (Low, Russell)

Dated: 7/14/17

Jeanne Naughton
Clerk, U.S. Bankruptcy Court