Last revised 8/1/15

**UNITED STATES BANKRUPTCY COURT**
**District of New Jersey**

IN RE: Paul A. Holmes

Debtor(s)

Case No.: 16-18005
Judge: VFP
Chapter: 13

## CHAPTER 13 PLAN AND MOTIONS

☐ Original
☐ Motions Included

☑ Modified/Notice Required
☐ Modified/No Notice Required

☑ Discharge Sought
☐ No Discharge Sought

Date: July 13, 2017

THE DEBTOR HAS FILED FOR RELIEF UNDER
CHAPTER 13 OF THE BANKRUPTCY CODE.

**YOUR RIGHTS WILL BE AFFECTED.**

You should have received from the court a separate *Notice of the Hearing on Confirmation of Plan*, which contains the date of the confirmation hearing on the Plan proposed by the Debtor. This document is the actual Plan proposed by the Debtor to adjust debts. You should read these papers carefully and discuss them with your attorney. Anyone who wishes to oppose any provision of this Plan or any motion included in it must file a written objection within the time frame stated in the Notice. **This Plan may be confirmed and become binding, and included motions may be granted without further notice or hearing, unless written objection is filed before the deadline stated in the Notice.**

**YOU SHOULD FILE A PROOF OF CLAIM BY THE DEADLINE STATED
IN THE NOTICE TO RECEIVE DISTRIBUTIONS UNDER ANY PLAN
THAT MAY BE CONFIRMED, EVEN IF THE PLAN REFERS TO YOUR CLAIM**

### Part 1: Payment and Length of Plan

a. The Debtor has paid $3,201.00 to date and shall continue to pay 290.00 Monthly to the Chapter 13 Trustee, resuming on August 1, 2017 for approximately 45 months remaining in the Chapter 13 Plan.

b. The Debtor shall make plan payments to the Trustee from the following sources:
   ☑ Future Earnings
   ☐ Other sources of funding (describe source, amount and date when funds are available):

c. Use of real property to satisfy plan obligations:

☐ Sale of real property
Description:
Proposed date for completion: _____

☐ Refinance of real property
Description:
Proposed date for completion: _____

☑ Loan modification with respect to mortgage encumbering property
Description: All arrears will be part of the loan modification process for property location: 187 North 9th Street, Newark, New Jersey 07107
Proposed date for completion: January 1, 2018

d. ☐ The regular monthly mortgage payment will continue pending the sale, refinance or loan modification.

e. ☑ Other information that may be important relating to the payment and length of plan:
Debtor will pay adequate protection payment directly to ASC in the total amount of $1,416.56.

## Part 2: Adequate Protection

a. Adequate protection payments will be made in the amount of $_____ to be paid to the Chapter 13 Trustee and disbursed pre-confirmation to _____ (creditor).

b. Adequate protection payments will be made in the amount of $_____ to be paid directly by the debtor(s) outside of the Plan, pre-confirmation to _____ (creditor).

## Part 3: Priority Claims (Including Administrative Expenses)

All allowed priority claims will be paid in full unless the creditor agrees otherwise:

| Creditor | Type of Priority | Amount to be Paid |
|---|---|---|
| Russell L. Low 4745 | Attorney Fees | 2,485.00 |

## Part 4: Secured Claims

### a. Curing Default and Maintaining Payments

The Debtor shall pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the Debtor shall pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
| WELLS FARGO HOME MTG (DBA) AMERICAS SERV | 187 North 9th Street Newark, NJ 07107 Essex County | 87,334.00 | 0.00 | 4,967.00 | 1,947.63 |

### b. Modification

1.) The Debtor values collateral as indicated below. If the claim may be modified under Section 1322(b)(2), the secured creditor shall be paid the amount listed as the "Value of the Creditor Interest in

Collateral," plus interest as stated.  The portion of any allowed claim that exceeds that value shall be treated as an unsecured claim.  If a secured claim is identified as having "NO VALUE" it shall be treated as an unsecured claim.

**NOTE: A modification under this section ALSO REQUIRES
the appropriate motion to be filed under Section 7 of the Plan.**

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Annual Interest Rate | Total Amount to Be Paid |
|---|---|---|---|---|---|---|---|
| AMERIFIRST HOME IMPROVEMENT FINANCE | 187 North 9th Street Newark, NJ 07107  Essex County | 25,051.00 | 196,000.00 | Mortgage WELLS FARGO HOME MTG (DBA) AMERICAS SERV - 248,589.00 | No value | N/A | 0.00 |
| AMERIFIRST HOME IMPROVEMENT FINANCE | 187 North 9th Street Newark, NJ 07107  Essex County | 22,129.00 | 196,000.00 | Mortgage WELLS FARGO HOME MTG (DBA) AMERICAS SERV - 248,589.00 Second Mortgage AMERIFIRST HOME IMPROVEMENT FINANCE - 25,051.00 | No value | N/A | 0.00 |

    2.) Where the Debtor retains collateral and completes the Plan, payment of the full amount of the allowed secured claim shall discharge the corresponding lien.

### c. Surrender
Upon confirmation, the stay is terminated as to surrendered collateral.  The Debtor surrenders the following collateral:

| Creditor | Collateral to be Surrendered | Value of Surrendered Collateral | Remaining Unsecured Debt |
|---|---|---|---|
| -NONE- | | | |

### d. Secured Claims Unaffected by the Plan

The following secured claims are unaffected by the Plan:

Creditor
-NONE-

### e. Secured Claims to be paid in full through the Plan

| Creditor | Collateral | Total Amount to be Paid through the Plan |
|---|---|---|
| -NONE- | | |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

### Part 5: Unsecured Claims

a. **Not separately classified** Allowed non-priority unsecured claims shall be paid:

_____  Not less than $_____ to be distributed *pro rata*

_____  Not less than _____ percent

____x____  *Pro Rata* distribution from any remaining funds

b. **Separately Classified Unsecured** Claims shall be treated as follows:

| Creditor | Basis for Separate Classification | Treatment | Amount to be Paid |
|---|---|---|---|
| -NONE- | | | |

### Part 6: Executory Contracts and Unexpired Leases

All executory contracts and unexpired leases are rejected, except the following, which are assumed:

| Creditor | Nature of Contract or Lease | Treatment by Debtor |
|---|---|---|
| -NONE- | | |

### Part 7: Motions

**NOTE: All plans containing motions must be served on all potentially affected creditors, together with local form, Notice of Chapter 13 Plan Transmittal, within the time and in the manner set forth in D.N.J. LBR 3015-1. A Certification of Service must be filed with the Clerk of Court when the plan and transmittal notice are served.**

a. **Motion to Avoid Liens under 11 U.S.C. Section 522(f).**
The Debtor moves to avoid the following liens that impair exemptions:

| Creditor | Nature of Collateral | Type of Lien | Amount of Lien | Value of Collateral | Amount of Claimed Exemption | Sum of All Other Liens Against the Property | Amount of Lien to be Avoided |
|---|---|---|---|---|---|---|---|
| -NONE- | | | | | | | |

b. **Motion to Avoid Liens and Reclassify Claim from Secured to Completely Unsecured.**

The Debtor moves to reclassify the following claims as unsecured and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Amount of Lien to be Reclassified |
|---|---|---|
| AMERIFIRST HOME IMPROVEMENT FINANCE | 187 North 9th Street Newark, NJ 07107   Essex County | 25,051.00 |
| AMERIFIRST HOME IMPROVEMENT FINANCE | 187 North 9th Street Newark, NJ 07107   Essex County | 22,129.00 |

c. **Motion to Partially Void Liens and Reclassify Underlying Claims as Partially Secured and Partially Unsecured.**

The Debtor moves to reclassify the following claims as partially secured and partially unsecured, and to void liens on collateral consistent with Part 4 above:

4

| Creditor | Collateral | Amount to be Deemed Secured | Amount to be Reclassified as Unsecured |
|---|---|---|---|
| -NONE- | | | |

### Part 8: Other Plan Provisions

a. **Vesting of Property of the Estate**
   ☑ Upon Confirmation
   ☐ Upon Discharge

b. **Payment Notices**
   Creditors and Lessors provided for in Parts 4, 6 or 7 may continue to mail customary notices or coupons to the Debtor notwithstanding the automatic stay.

c. **Order of Distribution**

   The Trustee shall pay allowed claims in the following order:
   1) Trustee Commissions
   2) Other Administrative Claims
   3) Secured Claims
   4) Lease Arrearages
   5) Priority Claims
   6) General Unsecured Claims

d. **Post-petition claims**

   The Trustee ☐ is, ☑ is not authorized to pay post-petition claims filed pursuant to 11 U.S.C. Section 1305(a) in the amount filed by the post-petition claimant.

### Part 9: Modification

If this plan modifies a plan previously filed in this case, complete the information below.
Date of Plan being modified:.

| Explain below **why** the Plan is being modified. | Explain below **how** the Plan is being modified |
|---|---|
| Modified plan to extend loan modification deadline. | Client is currently in a Trial Period Agreement and is extending the deadline to finalize a loan modification to complete the trial payments to the Lender. |

Are Schedules I and J being filed simultaneously with this modified Plan?    ☐ Yes    ☑ No

### Part 10: Sign Here

The debtor(s) and the attorney for the debtor (if any) must sign this Plan.

Date   July 13, 2017        /s/ Russell L. Low
                            Russell L. Low 4745
                            Attorney for the Debtor

I certify under penalty of perjury that the foregoing is true and correct.

Date:  July 13, 2017        /s/ Paul A. Holmes
                            Paul A. Holmes

5

Debtor

Date: _____    _____
                                  Joint Debtor

United States Bankruptcy Court
District of New Jersey

In re:
Paul A. Holmes
    Debtor

Case No. 16-18005-VFP
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 2     Date Rcvd: Jul 20, 2017
                     Form ID: pdf901     Total Noticed: 27

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 22, 2017.
```
db              +Paul A. Holmes,    187 North 9th Street,    Newark, NJ 07107-1743
cr              +DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE F,    Phelan Hallinan & Schmieg, PC,
                  400 Fellowship Road,    Suite 100,    Mt. Laurel, NJ 08054-3437
516139209      #+BANK OF AMERICA,    NC4-105-03-14,    PO BOX 26012,    GREENSBORO, NC 27420-6012
516339599       +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
516139210       +CAPITAL ONE,    ATTN: BANKRUPTCY,    PO BOX 30285,    SALT LAKE CITY, UT 84130-0285
516139211       +CAPITAL ONE,    ATTN: BANKRUPTCY,    POB 30253,    SALT LAKE CITY, UT 84130-0253
516139213       +CITIBANK/THE HOME DEPOT,    CITICORP CREDIT SRVS/CENTRALIZED BANKRUP,    PO BOX 790040,
                  SAINT LOUIS, MO 63179-0040
516139214       +CREDIT ACCEPTANCE,    25505 WEST 12 MILE RD,    SUITE 3000,    SOUTHFIELD, MI 48034-8331
516363752        DEUTSCHE BANK NATIONAL TRUST COMPANY, AS ET AL.,    Default Document Processing,    N9286-01Y,
                  1000 Blue Gentian Road,    Eagan, MN 55121-7700
516363750        DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE E,    Default Document Processing,    N9286-01Y,
                  1000 Blue Gentian Road,    Eagan, MN 55121-7700
516139216       +Essex County Sheriff Office,    50 W Market Street,    2nd Floor,    Newark, NJ 07102-1692
516139217       +OCWEN,    ATTENTION: BANKRUPTCY,    P.O. BOX 24738,    WEST PALM BEACH, FL 33416-4738
516139218       +QUALITY ASSET RECOVERY,    7 FOSTER AVE,    GIBBSBORO, NJ 08026-1191
516139219       +REMEX INC,    307 WALL ST,    PRINCETON, NJ 08540-1515
516139220       +RUSHMORE LOAN MANAGEMENT SERVICES,    ATTN: BANKRUPTCY,    15480 LAGUNA CANYON RD,
                  IRVINE, CA 92618-2132
516139221       +Shapiro & DeNardo, LLP,    14000 Commerce Parkway,    Suite B,    Mount Laurel, NJ 08054-2242
516667800       +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                  Highlands Ranch, Colorado 80129-2386
516667801       +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                  Highlands Ranch, Colorado 80129,    Specialized Loan Servicing LLC,
                  8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
516139223       +WELLS FARGO HOME MTG (DBA) AMERICAS SERV,    1000 BLUE GENTIAN RD. #300,    MAC #X7801-02K,
                  EAGAN, MN 55121-1786
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: usanj.njbankr@usdoj.gov Jul 20 2017 23:10:54      U.S. Attorney,    970 Broad St.,
                  Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 20 2017 23:10:50      United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                  Newark, NJ 07102-5235
516139207        E-mail/Text: bnc@trustamerifirst.com Jul 20 2017 23:10:45
                  AMERIFIRST HOME IMPROVEMENT FINANCE,    11171 MILL VALLEY RD.,    OMAHA, NE 68154
516139212       +E-mail/PDF: AIS.COAF.EBN@Americaninfosource.com Jul 20 2017 23:07:49
                  CAPITAL ONE AUTO FINANCE,    7933 PRESTON RD,    PLANO, TX 75024-2302
516139215       +E-mail/Text: mrdiscen@discover.com Jul 20 2017 23:10:16      DISCOVER FINANCIAL,
                  ATTN: BANKRUPTCY,    PO BOX 3025,    NEW ALBANY, OH 43054-3025
516164654        E-mail/Text: mrdiscen@discover.com Jul 20 2017 23:10:16      Discover Bank,
                  Discover Products Inc,    P.O. Box 3025,    New Albany Ohio 43054-3025
516360971        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 20 2017 23:14:26
                  Portfolio Recovery Associates, LLC,    c/o The Home Depot,    POB 41067,    Norfolk VA 23541
516139222       +E-mail/PDF: gecsedi@recoverycorp.com Jul 20 2017 23:07:16      SYNCHRONY BANK/PC RICHARD,
                  ATTN: BANKRUPTCY,    PO BOX 103104,    ROSWELL, GA 30076-9104
                                                                                              TOTAL: 8
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516139208*     ++AMERIFIRST HOME IMPROVEMENT FINANCE,    11171 MILL VALLEY ROAD,    OMAHA NE 68154-3933
                (address filed with court: AMERIFIRST HOME IMPROVEMENT FINANCE,    11171 MILL VALLEY RD.,
                  OMAHA, NE 68154)
                                                                                              TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

```
District/off: 0312-2          User: admin              Page 2 of 2             Date Rcvd: Jul 20, 2017
                              Form ID: pdf901          Total Noticed: 27
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 22, 2017                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 13, 2017 at the address(es) listed below:
              Andrew L. Spivack    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR
               MORGAN STANLEY ABS CAPITAL I INC. TRUST 2006-WMC2, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES
               2006-WMC2 nj.bkecf@fedphe.com
              Denise E. Carlon    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR
               MORGAN STANLEY ABS CAPITAL I INC. TRUST 2006-WMC2, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES
               2006-WMC2 dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              James Patrick Shay    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR
               MORGAN STANLEY ABS CAPITAL I INC. TRUST 2006-WMC2, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES
               2006-WMC2 james.shay@phelanhallinan.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Michael Frederick Dingerdissen    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY, AS
               TRUSTEE FOR MORGAN STANLEY ABS CAPITAL I INC. TRUST 2006-WMC2, MORTGAGE PASS-THROUGH
               CERTIFICATES, SERIES 2006-WMC2 nj.bkecf@fedphe.com
              Russell L. Low    on behalf of Debtor Paul A. Holmes rbear611@aol.com,
               ecf@lowbankruptcy.com;r57808@notify.bestcase.com
                                                                                             TOTAL: 6
```