Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

    Case No.:  16−18005−VFP
    Chapter:  13
    Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Paul A. Holmes
  187 North 9th Street
  Newark, NJ 07107

Social Security No.:
  xxx−xx−8532

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 7/25/17.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: July 25, 2017
JAN: rah

    Jeanne Naughton
    Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 16-18005-VFP
Paul A. Holmes                                                            Chapter 13
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 2              Date Rcvd: Jul 25, 2017
                              Form ID: 148             Total Noticed: 27

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 27, 2017.
db              +Paul A. Holmes,    187 North 9th Street,    Newark, NJ 07107-1743
cr              +DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE F,     Phelan Hallinan & Schmieg, PC,
                 400 Fellowship Road,    Suite 100,    Mt. Laurel, NJ 08054-3437
516339599       +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
516139213       +CITIBANK/THE HOME DEPOT,    CITICORP CREDIT SRVS/CENTRALIZED BANKRUP,    PO BOX 790040,
                 SAINT LOUIS, MO 63179-0040
516139214       +CREDIT ACCEPTANCE,    25505 WEST 12 MILE RD,    SUITE 3000,    SOUTHFIELD, MI 48034-8331
516363752        DEUTSCHE BANK NATIONAL TRUST COMPANY, AS ET AL.,    Default Document Processing,    N9286-01Y,
                 1000 Blue Gentian Road,    Eagan, MN 55121-7700
516363750        DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE E,    Default Document Processing,    N9286-01Y,
                 1000 Blue Gentian Road,    Eagan, MN 55121-7700
516139216       +Essex County Sheriff Office,    50 W Market Street,    2nd Floor,    Newark, NJ 07102-1692
516139217       +OCWEN,    ATTENTION: BANKRUPTCY,    P.O. BOX 24738,    WEST PALM BEACH, FL 33416-4738
516139218       +QUALITY ASSET RECOVERY,    7 FOSTER AVE,    GIBBSBORO, NJ 08026-1191
516139219       +REMEX INC,    307 WALL ST,    PRINCETON, NJ 08540-1515
516139220       +RUSHMORE LOAN MANAGEMENT SERVICES,    ATTN: BANKRUPTCY,    15480 LAGUNA CANYON RD,
                 IRVINE, CA 92618-2132
516139221       +Shapiro & DeNardo, LLP,    14000 Commerce Parkway,    Suite B,    Mount Laurel, NJ 08054-2242
516667800       +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                 Highlands Ranch, Colorado 80129-2386
516667801       +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                 Highlands Ranch, Colorado 80129,    Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: usanj.njbankr@usdoj.gov Jul 25 2017 22:35:02     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 25 2017 22:34:59     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
516139207        E-mail/Text: bnc@trustamerifirst.com Jul 25 2017 22:34:51
                 AMERIFIRST HOME IMPROVEMENT FINANCE,    11171 MILL VALLEY RD.,    OMAHA, NE 68154
516139209       +EDI: BANKAMER.COM Jul 25 2017 22:18:00     BANK OF AMERICA,    NC4-105-03-14,    PO BOX 26012,
                 GREENSBORO, NC 27420-6012
516139211       +EDI: CAPITALONE.COM Jul 25 2017 22:18:00     CAPITAL ONE,    ATTN: BANKRUPTCY,    POB 30253,
                 SALT LAKE CITY, UT 84130-0253
516139210       +EDI: CAPITALONE.COM Jul 25 2017 22:18:00     CAPITAL ONE,    ATTN: BANKRUPTCY,    PO BOX 30285,
                 SALT LAKE CITY, UT 84130-0285
516139212       +EDI: CAPONEAUTO.COM Jul 25 2017 22:18:00     CAPITAL ONE AUTO FINANCE,    7933 PRESTON RD,
                 PLANO, TX 75024-2302
516139215       +EDI: DISCOVER.COM Jul 25 2017 22:18:00     DISCOVER FINANCIAL,    ATTN: BANKRUPTCY,
                 PO BOX 3025,    NEW ALBANY, OH 43054-3025
516164654        EDI: DISCOVER.COM Jul 25 2017 22:18:00     Discover Bank,    Discover Products Inc,
                 P.O. Box 3025,    New Albany Ohio 43054-3025
516360971        EDI: PRA.COM Jul 25 2017 22:18:00     Portfolio Recovery Associates, LLC,    c/o The Home Depot,
                 POB 41067,    Norfolk VA 23541
516139222       +EDI: RMSC.COM Jul 25 2017 22:18:00     SYNCHRONY BANK/PC RICHARD,    ATTN: BANKRUPTCY,
                 PO BOX 103104,    ROSWELL, GA 30076-9104
516139223       +EDI: WFFC.COM Jul 25 2017 22:18:00     WELLS FARGO HOME MTG (DBA) AMERICAS SERV,
                 1000 BLUE GENTIAN RD. #300,    MAC #X7801-02K,    EAGAN, MN 55121-1786
                                                                                               TOTAL: 12

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516139208*      ++AMERIFIRST HOME IMPROVEMENT FINANCE,    11171 MILL VALLEY ROAD,    OMAHA NE 68154-3933
                 (address filed with court: AMERIFIRST HOME IMPROVEMENT FINANCE,    11171 MILL VALLEY RD.,
                 OMAHA, NE 68154)
                                                                                                TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0312-2          User: admin                 Page 2 of 2           Date Rcvd: Jul 25, 2017
                              Form ID: 148                Total Noticed: 27
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 27, 2017                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 25, 2017 at the address(es) listed below:
          Andrew L. Spivack    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR
           MORGAN STANLEY ABS CAPITAL I INC. TRUST 2006-WMC2, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES
           2006-WMC2 nj.bkecf@fedphe.com
          Denise E. Carlon    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR
           MORGAN STANLEY ABS CAPITAL I INC. TRUST 2006-WMC2, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES
           2006-WMC2 dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
          James Patrick Shay    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR
           MORGAN STANLEY ABS CAPITAL I INC. TRUST 2006-WMC2, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES
           2006-WMC2 james.shay@phelanhallinan.com
          Marie-Ann Greenberg    magecf@magtrustee.com
          Michael Frederick Dingerdissen    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY, AS
           TRUSTEE FOR MORGAN STANLEY ABS CAPITAL I INC. TRUST 2006-WMC2, MORTGAGE PASS-THROUGH
           CERTIFICATES, SERIES 2006-WMC2 nj.bkecf@fedphe.com
          Russell L. Low    on behalf of Debtor Paul A. Holmes rbear611@aol.com,
           ecf@lowbankruptcy.com;r57808@notify.bestcase.com
                                                                                             TOTAL: 6
```