| |
|---|
| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY |
| Russell Low, ESQ. -RLL 4745<br>LOW & LOW, LLC<br>Attorneys at Law<br>505 Main Street<br>Hackensack, NJ 07601<br>(201) 343-4040 Office<br>(201)-488-5788 Fax<br>Attorney for Debtor |
| In Re: Paul A. Holmes |



Order Filed on September 13, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 16-18005-VFP

Chapter 13

Hearing Date: September 7, 2017 at 11:00 AM

Judge: Vincent F. Papalia

### ORDER TO REINSTATE DEBTORS' CHAPTER 13 BANKRUPTCY PETITION

The relief set forth on the following page is hereby **ORDERED**.

**DATED: September 13, 2017**

_____
Honorable Vincent F. Papalia
United States Bankruptcy Judge

RE:  Paul A. Holmes
     Case No. 16-18005-VFP

## ORDER TO REINSTATE DEBTORS' CHAPTER 13 BANKRUPTCY PETITION

This matter having been opened to the Court by Russell L. Low, Esq., attorney for the Debtor and by the submission of an Application in support of the within Notice of Motion to Reinstate Debtor's Chapter 13 Bankruptcy Petition, and the Court having considered the moving papers and the Court having determined that good cause exists for the entry of the within Order; and for good cause shown;

**IT IS** hereby;

**ORDERED** that Debtor's motion to reinstate their Chapter 13 Bankruptcy Petition is hereby granted;* and it is further

**ORDERED** that the Debtor must send any outstanding payments to the trustee's lock box immediately after entry of this Order; and it is further

ORDERED that Debtor's counsel must serve this Order on all creditors, the Chapter 13 Trustee and other parties in interest within three (3) days of its entry.

*and this case is reinstated effective as of the date of entry of this Order;

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 16-18005-VFP
Paul A. Holmes                                                      Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1              Date Rcvd: Sep 14, 2017
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 16, 2017.
db             +Paul A. Holmes,    187 North 9th Street,    Newark, NJ 07107-1743

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 16, 2017                                         Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 14, 2017 at the address(es) listed below:
              Andrew L. Spivack    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR
               MORGAN STANLEY ABS CAPITAL I INC. TRUST 2006-WMC2, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES
               2006-WMC2 nj.bkecf@fedphe.com
              Denise E. Carlon    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR
               MORGAN STANLEY ABS CAPITAL I INC. TRUST 2006-WMC2, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES
               2006-WMC2 dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              James Patrick Shay    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR
               MORGAN STANLEY ABS CAPITAL I INC. TRUST 2006-WMC2, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES
               2006-WMC2 james.shay@phelanhallinan.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Michael Frederick Dingerdissen    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY, AS
               TRUSTEE FOR MORGAN STANLEY ABS CAPITAL I INC. TRUST 2006-WMC2, MORTGAGE PASS-THROUGH
               CERTIFICATES, SERIES 2006-WMC2 nj.bkecf@fedphe.com
              Russell L. Low    on behalf of Debtor Paul A. Holmes rbear611@aol.com,
               ecf@lowbankruptcy.com;r57808@notify.bestcase.com
                                                                                               TOTAL: 6