UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

_____

Low and Low, L.L.C.
505 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 343-4040
Russell L. Low, Esq. No. 4745
Attorney for the Debtor

In Re:

Paul A. Holmes

Order Filed on September 27, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.:     16-18005

Chapter:     13

Judge:     VFP

# ORDER RESPECTING REQUEST FOR EXTENSION
# OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED**.

**DATED: September 27, 2017**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on   October 31, 2016   :

Property:      187 North 9th Street Newark, NJ 07107

Creditor:      Specialized Loan Servicing LLC

and a Request for

- ☒ Extension of the 90 day Loss Mitigation Period having been filed by      Russell L. Low      , and for good cause shown

- ☐ Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including     December 29, 2017     .

The Loss Mitigation Period is terminated, effective _____ .

*Revised 9/19/13*

2