

**RUSSELL LOW, ESQ. RLL-4745**
LOW & LOW, LLC.
Attorneys at Law
505 Main Street
Hackensack, NJ 07601
(201) 343-4040
Attorneys for Debtor

**Order Filed on January 10, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| **Paul A. Holmes** | : | CASE NO.  16-18005-VFP |
| Debtors | : | The Honorable Vincent F. Papalia |

_____

### ORDER FOR AUTHORITY TO ENTER INTO A MORTGAGE LOAN MODIFICATION
_____

The relief set forth on the following pages numbered (2) through page (2) is hereby **ORDERED**.

**DATED: January 10, 2018**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

Page 2

Debtors:     Paul A. Holmes
Case No.:    16-18005-VFP
Caption:     **ORDER FOR AUTHORITY TO ENTER INTO A MORTGAGE LOAN MODIFICATION**

___

**THIS MATTER** being brought before the Court by Russell L. Low, Esq., attorney for Debtor, Paul A. Holmes, upon the Notice of Motion for Authority to Enter into a Mortgage Loan Modification as to real property located at 187 N 9th Street Newark, NJ 07107. All arrears are to be rolled into the mortgage modification and therefore the Trustee should make no further disbursements on the arrears claim as filed. The creditor has 20 days to modify its claim to $0. And, it appearing that notice of said Motion was properly served upon all parties concerned and this Court, having considered the representation of the attorney for the Debtor, Russell L. Low, Esq., for secured creditor Specialized Loan Servicing, LLC appearing and for good cause having been shown;

**ORDERED AND ADJUDGE AND DECREED** that the Debtor's Motion for Authority to Enter into a Mortgage Loan Modification on the mortgaged property is hereby granted.

\*on the terms set forth in the motion.