Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 16−18005−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Paul A. Holmes
  187 North 9th Street
  Newark, NJ 07107

Social Security No.:
  xxx−xx−8532

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 12/20/18 at 10:00 AM

to consider and act upon the following:

*123* − Creditor's Certification of Default (related document:119 Motion for Relief from Stay re: 187 North 9th Street, Newark, NJ, 07107. Fee Amount $ 181. filed by Creditor DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR MORGAN STANLEY ABS CAPITAL I INC. TRUST 2006−WMC2, MORTGAGE PASS−THROUGH CERTIFICATES, SERIES 2006−WMC2, 120 Opposition filed by Debtor Paul A. Holmes, 121 Order on Motion For Relief From Stay) filed by Denise E. Carlon on behalf of DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR MORGAN STANLEY ABS CAPITAL I INC. TRUST 2006−WMC2, MORTGAGE PASS−THROUGH CERTIFICATES, SERIES 2006−WMC2. Objection deadline is 11/20/2018. (Attachments: # 1 Proposed Order # 2 Exhibit "A" # 3 Exhibit "B" # 4 Certificate of Service) (Carlon, Denise)

*124* − Certification in Opposition to (related document:123 Creditor's Certification of Default (related document:119 Motion for Relief from Stay re: 187 North 9th Street, Newark, NJ, 07107. Fee Amount $ 181. filed by Creditor DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR MORGAN STANLEY ABS CAPITAL I INC. TRUST 2006−WMC2, MORTGAGE PASS−THROUGH CERTIFICATES, SERIES 2006−WMC2, 120 Opposition filed by Debtor Paul A. Holmes, 121 Order on Motion For Relief From Stay) filed by Denise E. Carlon on behalf of DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR MORGAN STANLEY ABS CAPITAL I INC. TRUST 2006−WMC2, MORTGAGE PASS−THROUGH CERTIFICATES, SERIES 2006−WMC2. Objection deadline is 11/20/2018. (Attachments: # 1 Proposed Order # 2 Exhibit "A" # 3 Exhibit "B" # 4 Certificate of Service) filed by Creditor DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR MORGAN STANLEY ABS CAPITAL I INC. TRUST 2006−WMC2, MORTGAGE PASS−THROUGH CERTIFICATES, SERIES 2006−WMC2) filed by Russell L. Low on behalf of Paul A. Holmes. (Low, Russell)

Dated: 11/21/18

                                        Jeanne Naughton
                                        Clerk, U.S. Bankruptcy Court