Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 16−18005−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Paul A. Holmes
   187 North 9th Street
   Newark, NJ 07107

Social Security No.:
   xxx−xx−8532

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 4/4/19 at 10:00 AM

to consider and act upon the following:

*131* − Creditor's Certification of Default (related document:123 Creditor's Certification of Default filed by Creditor DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR MORGAN STANLEY ABS CAPITAL I INC. TRUST 2006−WMC2, MORTGAGE PASS−THROUGH CERTIFICATES, SERIES 2006−WMC2) filed by Denise E. Carlon on behalf of DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR MORGAN STANLEY ABS CAPITAL I INC. TRUST 2006−WMC2, MORTGAGE PASS−THROUGH CERTIFICATES, SERIES 2006−WMC2. Objection deadline is 03/14/2019. (Attachments: # 1 Proposed Order # 2 Exhibit A # 3 Exhibit B # 4 Certificate of Service) (Carlon, Denise)

*132* − Certification in Opposition to (related document:131 Creditor's Certification of Default (related document:123 Creditor's Certification of Default filed by Creditor DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR MORGAN STANLEY ABS CAPITAL I INC. TRUST 2006−WMC2, MORTGAGE PASS−THROUGH CERTIFICATES, SERIES 2006−WMC2) filed by Denise E. Carlon on behalf of DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR MORGAN STANLEY ABS CAPITAL I INC. TRUST 2006−WMC2, MORTGAGE PASS−THROUGH CERTIFICATES, SERIES 2006−WMC2. Objection deadline is 03/14/2019. (Attachments: # 1 Proposed Order # 2 Exhibit A # 3 Exhibit B # 4 Certificate of Service) filed by Creditor DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR MORGAN STANLEY ABS CAPITAL I INC. TRUST 2006−WMC2, MORTGAGE PASS−THROUGH CERTIFICATES, SERIES 2006−WMC2) filed by Russell L. Low on behalf of Paul A. Holmes. (Low, Russell)

Dated: 3/15/19

Jeanne Naughton
Clerk, U.S. Bankruptcy Court