Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 16−18005−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Paul A. Holmes
  187 North 9th Street
  Newark, NJ 07107

Social Security No.:
  xxx−xx−8532

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 4/4/19 at 10:00 AM

to consider and act upon the following:

*131* − Creditor's Certification of Default (related document:123 Creditor's Certification of Default filed by Creditor DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR MORGAN STANLEY ABS CAPITAL I INC. TRUST 2006−WMC2, MORTGAGE PASS−THROUGH CERTIFICATES, SERIES 2006−WMC2) filed by Denise E. Carlon on behalf of DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR MORGAN STANLEY ABS CAPITAL I INC. TRUST 2006−WMC2, MORTGAGE PASS−THROUGH CERTIFICATES, SERIES 2006−WMC2. Objection deadline is 03/14/2019. (Attachments: # 1 Proposed Order # 2 Exhibit A # 3 Exhibit B # 4 Certificate of Service) (Carlon, Denise)

*132* − Certification in Opposition to (related document:131 Creditor's Certification of Default (related document:123 Creditor's Certification of Default filed by Creditor DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR MORGAN STANLEY ABS CAPITAL I INC. TRUST 2006−WMC2, MORTGAGE PASS−THROUGH CERTIFICATES, SERIES 2006−WMC2) filed by Denise E. Carlon on behalf of DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR MORGAN STANLEY ABS CAPITAL I INC. TRUST 2006−WMC2, MORTGAGE PASS−THROUGH CERTIFICATES, SERIES 2006−WMC2. Objection deadline is 03/14/2019. (Attachments: # 1 Proposed Order # 2 Exhibit A # 3 Exhibit B # 4 Certificate of Service) filed by Creditor DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR MORGAN STANLEY ABS CAPITAL I INC. TRUST 2006−WMC2, MORTGAGE PASS−THROUGH CERTIFICATES, SERIES 2006−WMC2) filed by Russell L. Low on behalf of Paul A. Holmes. (Low, Russell)

Dated: 3/15/19

Jeanne Naughton
Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:  
Paul A. Holmes  
      Debtor

Case No. 16-18005-VFP  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Mar 15, 2019  
                Form ID: ntchrgbk    Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 17, 2019.
```
db            +Paul A. Holmes,    187 North 9th Street,    Newark, NJ 07107-1743
cr            +DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE F,    Phelan Hallinan & Schmieg, PC,
                400 Fellowship Road,    Suite 100,    Mt. Laurel, NJ 08054-3437
cr            +Specialized Loan Servicing LLC,    C/O Buckley Madole, P.C.,    99 Wood Avenue South, Suite 803,
                Iselin, NJ 08830-2713
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                      TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 17, 2019                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 15, 2019 at the address(es) listed below:
```
              Andrew L. Spivack    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR
               MORGAN STANLEY ABS CAPITAL I INC. TRUST 2006-WMC2, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES
               2006-WMC2 nj.bkecf@fedphe.com
              Denise E. Carlon    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR
               MORGAN STANLEY ABS CAPITAL I INC. TRUST 2006-WMC2, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES
               2006-WMC2 dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              James Patrick Shay    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR
               MORGAN STANLEY ABS CAPITAL I INC. TRUST 2006-WMC2, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES
               2006-WMC2 jpshay@mdwcg.com,    jpshay@gmail.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Melissa N. Licker    on behalf of Creditor    Specialized Loan Servicing LLC
               NJ_ECF_Notices@buckleymadole.com
              Michael Frederick Dingerdissen    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY, AS
               TRUSTEE FOR MORGAN STANLEY ABS CAPITAL I INC. TRUST 2006-WMC2, MORTGAGE PASS-THROUGH
               CERTIFICATES, SERIES 2006-WMC2 nj.bkecf@fedphe.com
              Russell L. Low    on behalf of Debtor Paul A. Holmes rbear611@aol.com,
               ecf@lowbankruptcy.com;r57808@notify.bestcase.com
                                                                                             TOTAL: 7
```