

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Marie-Ann Greenberg MAG-1284**
**Marie-Ann Greenberg, Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ  07004-1550**
**973-227-2840**
**Chapter 13 Standing Trustee**

IN RE:

   PAUL A. HOLMES

Order Filed on May 22, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

**Case No.:  16-18005**

**Judge:  VINCENT F. PAPALIA**

### ORDER ON TRUSTEE'S MOTION TO STOP DISBURSEMENT ON PROOF OF CLAIM

The relief set forth on the following page, numbered two (2) is hereby ORDERED.

**DATED: May 22, 2019**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

Debtor(s):  PAUL A. HOLMES

Case No.:  16-18005VFP

Caption of Order:  Order On Trustee's Motion to Stop Disbursement On Proof Of Claim

ORDERED, that the claim of SPECIALIZED LOAN SERVICING LLC, Court Claim Number , be

modified to  amount of $0 ; and it is further

ORDERED, that in the event the Automatic Stay is reinstated as to this creditor, this Order shall

be null and void, and the claim shall be reinstated accordingly.