UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Marie-Ann Greenberg MAG-1284
Marie-Ann Greenberg, Standing Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550
973-227-2840
Chapter 13 Standing Trustee

Order Filed on May 22, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

IN RE:

   PAUL A. HOLMES

Case No.:  16-18005

Judge:  VINCENT F. PAPALIA

**ORDER ON TRUSTEE'S MOTION TO STOP DISBURSEMENT ON PROOF OF CLAIM**

The relief set forth on the following page, numbered two (2) is hereby ORDERED.

DATED: May 22, 2019

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

Case No.: 16-18005VFP

Caption of Order: Order On Trustee's Motion to Stop Disbursement On Proof Of Claim

---

ORDERED, that the claim of SPECIALIZED LOAN SERVICING LLC, Court Claim Number , be modified to amount of $0 ; and it is further

ORDERED, that in the event the Automatic Stay is reinstated as to this creditor, this Order shall be null and void, and the claim shall be reinstated accordingly.

United States Bankruptcy Court
District of New Jersey

In re:                                                                       Case No. 16-18005-VFP
Paul A. Holmes                                                               Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2         User: admin              Page 1 of 1              Date Rcvd: May 22, 2019
                             Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 24, 2019.
db              +Paul A. Holmes,    187 North 9th Street,    Newark, NJ 07107-1743

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                   TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 24, 2019                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 22, 2019 at the address(es) listed below:
              Andrew L. Spivack    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR
               MORGAN STANLEY ABS CAPITAL I INC. TRUST 2006-WMC2, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES
               2006-WMC2 nj.bkecf@fedphe.com
              Denise E. Carlon    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR
               MORGAN STANLEY ABS CAPITAL I INC. TRUST 2006-WMC2, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES
               2006-WMC2 dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              James Patrick Shay    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR
               MORGAN STANLEY ABS CAPITAL I INC. TRUST 2006-WMC2, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES
               2006-WMC2 jpshay@mdwcg.com,    jpshay@gmail.com
              Marie-Ann Greenberg     magecf@magtrustee.com
              Melissa N. Licker    on behalf of Creditor    Specialized Loan Servicing LLC
               NJ_ECF_Notices@mccalla.com
              Michael Frederick Dingerdissen    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY, AS
               TRUSTEE FOR MORGAN STANLEY ABS CAPITAL I INC. TRUST 2006-WMC2, MORTGAGE PASS-THROUGH
               CERTIFICATES, SERIES 2006-WMC2 nj.bkecf@fedphe.com
              Russell L. Low    on behalf of Debtor Paul A. Holmes rbear611@aol.com,
               ecf@lowbankruptcy.com;r57808@notify.bestcase.com
                                                                                                 TOTAL: 7