RUSSELL LOW, ESQ. RLL-4745
LOW & LOW, LLC.
Attorneys at Law
505 Main Street
Hackensack, NJ 07601
(201) 343-4040
Attorney for Debtor

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| Paul A Holmes | : | CASE NO. 16-18005 |
| Debtor | : | HONORABLE VINCENT F PAPALIA |

**ATTORNEY'S RESPONSE TO TRUSTEE'S CERTIFICATION OF DEFAULT**

I, Russell L. Low, hereby certify the following:

1. I represent the debtor, Paul A Holmes in this bankruptcy proceeding.

2. On February 18, 2020 a Trustee's Certification of Default was entered because the debtor is delinquent in the amount of $580.00.

3. Several attempts were made to reach out to the debtor in order to file a timely position.

4. At this time, I am respectfully requesting for the opportunity to reach out to my client and resolve said matter.

Date:  March 3, 2020                                      /s/ Russell L. Low
                                                          **RUSSELL L. LOW, ESQ.**
                                                          Attorney for Debtor