Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

    Case No.: 16−18005−VFP
    Chapter: 13
    Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Paul A. Holmes
  187 North 9th Street
  Newark, NJ 07107

Social Security No.:
  xxx−xx−8532

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Vincent F. Papalia on:

Date:     5/7/20
Time:     02:00 PM
Location:     Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
Russell L. Low

COMMISSION OR FEES
$2,000.00

EXPENSES
$0.00

If this is a chapter 13 case, the fees and expenses awarded:

    ☐   will not reduce the amount to be paid to general unsecured creditors under the plan.

    ☐   will reduce the amount to be paid to general unsecured creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

An appearance is not required on an application for compensation unless an objection is filed.

Dated: April 14, 2020
JAN:

                                                    Jeanne Naughton
                                                    Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 16-18005-VFP
Paul A. Holmes                                                            Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin               Page 1 of 2            Date Rcvd: Apr 14, 2020
                              Form ID: 137              Total Noticed: 29

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 16, 2020.
```
db              #+Paul A. Holmes,    187 North 9th Street,    Newark, NJ 07107-1743
cr               +DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE F,    Phelan Hallinan & Schmieg, PC,
                   400 Fellowship Road,    Suite 100,    Mt. Laurel, NJ 08054-3437
cr               +Specialized Loan Servicing LLC,    C/O Buckley Madole, P.C.,    99 Wood Avenue South, Suite 803,
                   Iselin, NJ 08830-2713
516339599       +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
516139213       +CITIBANK/THE HOME DEPOT,    CITICORP CREDIT SRVS/CENTRALIZED BANKRUP,    PO BOX 790040,
                   SAINT LOUIS, MO 63179-0040
516139214       +CREDIT ACCEPTANCE,    25505 WEST 12 MILE RD,    SUITE 3000,    SOUTHFIELD, MI 48034-8331
516363752        DEUTSCHE BANK NATIONAL TRUST COMPANY, AS ET AL.,    Default Document Processing,    N9286-01Y,
                   1000 Blue Gentian Road,    Eagan, MN 55121-7700
516363750        DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE E,    Default Document Processing,    N9286-01Y,
                   1000 Blue Gentian Road,    Eagan, MN 55121-7700
517297014       +Deutsche Bank National Trust Co. Trustee (See 410),    c/o Specialized Loan Servicing LLC,
                   8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
516139216       +Essex County Sheriff Office,    50 W Market Street,    2nd Floor,    Newark, NJ 07102-1692
516139217       +OCWEN,    ATTENTION: BANKRUPTCY,    P.O. BOX 24738,    WEST PALM BEACH, FL 33416-4738
516139218       +QUALITY ASSET RECOVERY,    7 FOSTER AVE,    GIBBSBORO, NJ 08026-1191
516139219       +REMEX INC,    307 WALL ST,    PRINCETON, NJ 08540-1515
516139220       +RUSHMORE LOAN MANAGEMENT SERVICES,    ATTN: BANKRUPTCY,    15480 LAGUNA CANYON RD,
                   IRVINE, CA 92618-2132
516139221       +Shapiro & DeNardo, LLP,    14000 Commerce Parkway,    Suite B,    Mount Laurel, NJ 08054-2242
516667800       +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                   Highlands Ranch, Colorado 80129-2386
516667801       +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                   Highlands Ranch, Colorado 80129,    Specialized Loan Servicing LLC,
                   8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
516139223       +WELLS FARGO HOME MTG (DBA) AMERICAS SERV,    1000 BLUE GENTIAN RD. #300,    MAC #X7801-02K,
                   EAGAN, MN 55121-1786
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: usanj.njbankr@usdoj.gov Apr 15 2020 01:33:12     U.S. Attorney,    970 Broad St.,
                   Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 15 2020 01:33:07      United States Trustee,
                   Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                   Newark, NJ 07102-5235
516139207        E-mail/Text: bnc@trustamerifirst.com Apr 15 2020 01:32:46
                   AMERIFIRST HOME IMPROVEMENT FINANCE,    11171 MILL VALLEY RD.,    OMAHA, NE 68154
516139211       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Apr 15 2020 01:41:11      CAPITAL ONE,
                   ATTN: BANKRUPTCY,    POB 30253,    SALT LAKE CITY, UT 84130-0253
516139210       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Apr 15 2020 01:42:18      CAPITAL ONE,
                   ATTN: BANKRUPTCY,    PO BOX 30285,    SALT LAKE CITY, UT 84130-0285
516139212       +E-mail/PDF: AIS.COAF.EBN@Americaninfosource.com Apr 15 2020 01:41:24
                   CAPITAL ONE AUTO FINANCE,    7933 PRESTON RD,    PLANO, TX 75024-2302
516139214       +E-mail/Text: ebnnotifications@creditacceptance.com Apr 15 2020 01:31:47      CREDIT ACCEPTANCE,
                   25505 WEST 12 MILE RD,    SUITE 3000,    SOUTHFIELD, MI 48034-8331
516139215       +E-mail/Text: mrdiscen@discover.com Apr 15 2020 01:31:49     DISCOVER FINANCIAL,
                   ATTN: BANKRUPTCY,    PO BOX 3025,    NEW ALBANY, OH 43054-3025
516164654        E-mail/Text: mrdiscen@discover.com Apr 15 2020 01:31:49     Discover Bank,
                   Discover Products Inc,    P.O. Box 3025,    New Albany Ohio 43054-3025
518750447        E-mail/PDF: pa_dc_claims@navient.com Apr 15 2020 01:42:26      NAVIENT,
                   c/o Navient Solutions, LLC.,    PO BOX 9640,    Wilkes-Barre, PA 18773-9640
516360971        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 15 2020 01:42:30
                   Portfolio Recovery Associates, LLC,    c/o The Home Depot,    POB 41067,    Norfolk VA 23541
516139222       +E-mail/PDF: gecsedi@recoverycorp.com Apr 15 2020 01:41:01      SYNCHRONY BANK/PC RICHARD,
                   ATTN: BANKRUPTCY,    PO BOX 103104,    ROSWELL, GA 30076-9104
                                                                                              TOTAL: 12

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516139208*     ++AMERIFIRST HOME IMPROVEMENT FINANCE,    11171 MILL VALLEY ROAD,    OMAHA NE 68154-3933
                 (address filed with court: AMERIFIRST HOME IMPROVEMENT FINANCE,    11171 MILL VALLEY RD.,
                   OMAHA, NE 68154)
517641972*      +Deutsche Bank National Trust Co. Trustee (See 410),    c/o Specialized Loan Servicing LLC,
                   8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
516139209      ##+BANK OF AMERICA,    NC4-105-03-14,    PO BOX 26012,    GREENSBORO, NC 27420-6012
                                                                                              TOTALS: 0, * 2, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0312-2                  User: admin                     Page 2 of 2                   Date Rcvd: Apr 14, 2020
                                      Form ID: 137                    Total Noticed: 29
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 16, 2020                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 10, 2020 at the address(es) listed below:

        Andrew L. Spivack    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR MORGAN STANLEY ABS CAPITAL I INC. TRUST 2006-WMC2, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-WMC2 nj.bkecf@fedphe.com

        Denise E. Carlon    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR MORGAN STANLEY ABS CAPITAL I INC. TRUST 2006-WMC2, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-WMC2 dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com

        James Patrick Shay    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR MORGAN STANLEY ABS CAPITAL I INC. TRUST 2006-WMC2, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-WMC2 shay@bbs-law.com,    jpshay@gmail.com

        Marie-Ann Greenberg    magecf@magtrustee.com

        Melissa N. Licker    on behalf of Creditor    Specialized Loan Servicing LLC NJ_ECF_Notices@mccalla.com

        Michael Frederick Dingerdissen    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR MORGAN STANLEY ABS CAPITAL I INC. TRUST 2006-WMC2, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-WMC2 nj.bkecf@fedphe.com

        Russell L. Low    on behalf of Debtor Paul A. Holmes ecf@lowbankruptcy.com, ecf@lowbankruptcy.com;r57808@notify.bestcase.com

        TOTAL: 7