| UNITED STATES BANKRUPTCY DISTRICT OF NEW JERSEY | |
|---|---|
| Caption in Compliance with D.N.J. LBR 9004-2 (c) | |
| Russell L. Low, Esq. – RLL 4745<br>Low & Low, LLC<br>505 Main Street, Suite 304<br>Hackensack, NJ 07501<br>201-343-4040<br>Attorneys for Debtor | |
| In Re:<br><br>PAUL A. HOLMES<br><br>Debtor(s) | |

Order Filed on May 12, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No. 16-18005

Chapter 13

Judge: The Honorable Vincent F. Papalia

**Hearing Date: May 7, 2020, 2:00pm**

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: May 12, 2020**

_____
Honorable Vincent F. Papalia
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

**ORDERED** that **Low & Low, LLC,** the applicant, is allowed a fee of $2,000.00 for services rendered and expenses in the amount of $0.00 for a total of $2,000.00. The allowance is payable:

   **X**    through the Chapter 13 plan as an administrative priority.

   ___    outside the plan.

```
                        United States Bankruptcy Court
                             District of New Jersey
```

In re:                                                              Case No. 16-18005-VFP
Paul A. Holmes                                                      Chapter 13
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: May 12, 2020
                      Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 14, 2020.
db         #+Paul A. Holmes,   187 North 9th Street,   Newark, NJ 07107-1743

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                                 TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 14, 2020                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 12, 2020 at the address(es) listed below:
        Andrew L. Spivack    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR MORGAN STANLEY ABS CAPITAL I INC. TRUST 2006-WMC2, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-WMC2 nj.bkecf@fedphe.com
        Denise E. Carlon    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR MORGAN STANLEY ABS CAPITAL I INC. TRUST 2006-WMC2, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-WMC2 dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
        James Patrick Shay    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR MORGAN STANLEY ABS CAPITAL I INC. TRUST 2006-WMC2, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-WMC2 shay@bbs-law.com,    jpshay@gmail.com
        Marie-Ann Greenberg    magecf@magtrustee.com
        Melissa N. Licker    on behalf of Creditor    Specialized Loan Servicing LLC NJ_ECF_Notices@mccalla.com,    mccallaecf@ecf.courtdrive.com
        Michael Frederick Dingerdissen    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR MORGAN STANLEY ABS CAPITAL I INC. TRUST 2006-WMC2, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-WMC2 nj.bkecf@fedphe.com
        Russell L. Low    on behalf of Debtor Paul A. Holmes ecf@lowbankruptcy.com, ecf@lowbankruptcy.com;r57808@notify.bestcase.com
                                                                                                                         TOTAL: 7